Richard Glasson #866
P.O. BOX 55
LAKE TAHOE, NV 89448
775-588-2540
richardglasson@gmail.com

Attorney for Plaintiff Burr & Forman, LLP

2010 AUG 12  P 3: 43

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

BURR & FORMAN, LLP,

        Plaintiff,

v.

JOHN H. BEEBE and PERIHELION GLOBAL, INC.

        Defendants.

Case No.:2:10-cv-00679-JCM-LRL

(CIVIL ACTION NO. 3:10-MS-00004)

## CHARGING ORDER

Having considered Plaintiff's Motion for Charging Order Pursuant to Nev. Rev. Stat. § 78.746, the Court hereby ORDERS NYMET Holdings, Inc.'s membership interests in NYMET Industrial Solutions, Inc. and NYMET Mining, Inc. to be charged with payment of the unsatisfied judgment held by Plaintiff in the amount of $249,106.03. NYMET Industrial Solutions, Inc. and NYMET Mining, Inc. are directed to pay Plaintiff present and future shares of any and all distributions, credits, drawings, or payments due to NYMET Holdings until the judgment is satisfied in full, including interest and costs.

SO ORDERED this 11th day of Aug, 2010.

_____
Hon. James C. Mahan
United States District Judge